HOUSING AUTHORITY OF THE CITY OF HARTFORD *v.*
LOCAL 1161, COUNCIL 4, AFSCME ET AL.
(3356)

HULL, BORDEN and BIELUCH, Js.

Argued November 12—decision released December 3, 1985

*W. Richard Smith, Jr.,* with whom, on the brief, was *J. William Gagne, Jr.,* for the appellants (defendants).

*Morris Apter,* for the appellee (plaintiff).

PER CURIAM. There is no error.